IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIAM H. ARMSTRONG,    )<br>    Plaintiff                )<br>                                            )<br>v.                                        )<br>                                            )<br>HENRY M. PAULSON, JR. et al.  )<br>    Defendant              )| Case 1:07-cv-01963-JR |

**CONSENT MOTION TO RESET INITIAL SCHEDULING CONFERENCE**

      COMES NOW, Plaintiff William H. Armstrong, by counsel, to this request that the Court re-set the initial scheduling conference presently scheduled for January 28, 2008 at 4:30 p.m. to a new date after February 4, 2008. The Defense consents to this motion. As grounds for this motion, Plaintiff's counsel sets forth as follows:

      1.     This matter was by the Court for an initial scheduling conference on January 14, 2008. On that day, the Defendant filed an answer to the Complaint. The parties have yet to confer as is required by the rules of court and the local rules and will not be able to in time for the scheduling conference. The Plaintiff has an unrelated administrative hearing before the Agency on another matter which the parties are on the verge of formally and finally resolving, which may present an opportunity to resolve the issues presented in this Complaint too.

      2.     The reasons for the failure for the parties' conference in time for this conference are mutual. On the Plaintiff's side, Counsel is in the process of relocating his office and joining a new law firm. On the Defendant's side, it is believed that Defendant's counsel presently has a very burdensome caseload which has not enabled a conference before January 28, 2008. Moreover, there has been a relatively short time between the filing of the answer and the notice of this conference, and both sides seemed

1

to have inadvertently overlooked the required conference and development of a schedule in time fore the conference.

      3.      A brief extension in time, as proposed, will prejudice neither parties, and will enable the parties enough time to get this case back on track.  Counsel for the Plaintiff and Defendant conferred on Friday January 25, 2008, discussing their mutual oversight, and Defendant's Counsel Gerald A. Role has consented to the filing of this request.

      Respectfully submitted,
      WILLIAM H. ARMSTRONG
      By Counsel

WE ASK FOR THIS

WADE & BYRNES, P.C.

/s/ Kevin Byrnes
Kevin Byrnes, Esq., DC. Bar No. 480195
616 North Washington Street
Alexandria, Virginia 22314
(703) 836-9030
(703) 683-1543 (facsimile)
Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of January 2008, a true copy of the forgoing was faxed to:

Gerald A. Role, D.C. Bar No. 415274
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202)307-0461
Facsimile: (202) 514-9641
gerald.a.role@usdoj.gov

      /s/ Kevin Byrnes
      Counsel

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIAM H. ARMSTRONG, ) | |
|     Plaintiff ) | |
| ) | |
| v. ) | Case 1:07-cv-01963-JR |
| ) | |
| HENRY M. PAULSON, JR. et al. ) | |
|     Defendant ) | |

### **ORDER**

This matter came upon the consent motion of the Plaintiff to re-set the scheduling conference previously set for January 28, 2008, for a later date. Upon good cause shown, the scheduling conference previously set for January 28, 2008, is hereby re-set for:

_____.

ENTERED: __/_____/2007

_____
UNITED STATES DISTRICT COURT JUDGE

WE ASK FOR THIS:

/s/ Kevin Byrnes
Kevin Byrnes, Esq., DC. Bar No. 480195
616 North Washington Street
Alexandria, Virginia 22314
(703) 836-9030
(703) 683-1543 (facsimile)
Counsel for Plaintiff

SEEN:

Gerald A. Role, D.C. Bar No. 415274
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Washington, D.C. 20044
Telephone: (202)307-0461
Facsimile: (202) 514-9641
gerald.a.role@usdoj.gov
Counsel for Defendant