UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

WILLIAM H. ARMSTRONG,  :
                      :
        Plaintiff,    :
                      :
    v.                : Civil Action No. 07-1963 (JR)
                      :
HENRY M. PAULSON, JR., *et al.*, :
                      :
        Defendants.   :

## SCHEDULING ORDER

After a scheduling conference held in chambers on March 2008, it is,

**ORDERED** that discovery may begin immediately with initial disclosures to be made March 18, 2008 and discovery is to be completed May 5, 2008.  It is

**FURTHER ORDERED** that any dispositive motions be filed June 5, 2008, with any oppositions due July 7, 2008 and replies due July 22, 2008.  It is

**FURTHER ORDERED** that any discovery disputes be presented, in the first instance, by telephone conference with the Court, and not by motion.  And it is

**FURTHER ORDERED** that extensions of time to file dispositive motions or status reports or to complete discovery will be granted as a matter of course if all parties consent and if the extensions will not require re-setting any scheduled court appearance (status conference, motion hearing, pretrial

conference, trial). Do not file a motion for such a consented extension. Instead, make the request informally by letter, or by e-mail (addressed to RobertsonJ_Chambers@dcd.uscourts.gov), or by fax (202-354-3468). Do not recite reasons. The Court's action granting a consented extension will be endorsed on the request and returned to the party requesting it. That party will be responsible for providing appropriate notice or service to all other parties. Neither the request nor the action granting it will be part of the record unless a party seeks leave to file it.

                                        JAMES ROBERTSON
                                   United States District Judge