```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
```

WILLIAM H. ARMSTRONG,              :
                                   :
        Plaintiff,                 :
                                   :
    v.                             :   Civil Action No. 07-1963 (JR)
                                   :
HENRY M. PAULSON, JR., *et al.*,   :
                                   :
        Defendants.                :

## ORDER

Plaintiff's motion to strike [#7] is **granted**, but only to the extent that defendant's Rule 26(a)(1) statement will be stricken from the docket and blocked from the Court's CM/ECF website, because Rule 26(a)(1) is a discovery rule, and the filing of discovery materials is prohibited by LCvR 5.2(a).  No sanctions will be awarded, and this order has no other operative effect.


                                        JAMES ROBERTSON
                                   United States District Judge