**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

WILLIAM H. ARMSTRONG,            :
                                 :
    Plaintiff,                   :
                                 :
  v.                             : Civil Action No. 07-1963 (JR)
                                 :
HENRY M. PAULSON, JR., *et al.*, :
                                 :
    Defendants.                  :

### ORDER

Plaintiff's motion to compel [#9] was filed without the prerequisite telephone conference, see scheduling order of 3/5/08 [#5], and is by the Court, *sua sponte*, **stricken**.


                         JAMES ROBERTSON
                United States District Judge