**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

WILLIAM H. ARMSTRONG,          :
                               :
       Plaintiff,             :
                               :
  v.                           : Civil Action No. 07-1963 (JR)
                               :
HENRY M. PAULSON, JR., *et al.*, :
                               :
       Defendants.            :

**ORDER**

The dispositive motion contemplated by this Court's order of 3/5/08 [#5] has not been filed. The discovery deadline set by that order has passed. It is **ORDERED** that the final pretrial conference is set for **7/17/08 at 4:30 p.m.** and that trial is set for **7/29/08 at 9:30 a.m.**

                                       JAMES ROBERTSON
                          United States District Judge