IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| WILLIAM H. ARMSTRONG, | ) | |
| | ) | APPEARANCE |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 1:07-cv-01963-JR |
| v. | ) | |
| | ) | |
| HENRY M. PAULSON, JR., et al., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

To the Clerk of this court and all parties of record:

Please enter the appearance of Carmen M. Banerjee as co-counsel in the case for Henry M. Paulson, Jr. and Rodney Davis.


July 7, 2008
Date

/s/ Carmen M. Banerjee
Signature

CARMEN M. BANERJEE
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Ben Franklin Station
Washington, DC 20044
202 307-6423
carmen.m.banerjee@usdoj.gov

D.C. Bar No. 497678*

*Ms. Banerjee is a federal government attorney admitted to the District of Columbia Court of Appeals, the New Jersey Supreme Court, and the United States District Court for the District of New Jersey. She is not a member of the District Court for the District of Columbia. Ms. Banerjee includes her D.C. Bar number, however, to comply with L. Civ. R. 5.1(e), and files the instant appearance as an attorney filed with by the United States pursuant to L. Civ. R. 83.2(d).

3410392.1