**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA**

| | |
|---|---|
| WILLIAM H. ARMSTRONG, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   NO. 1:07-cv-01963 |
| | ) |
| HENRY M. PAULSON, JR. | ) |
| RODNEY DAVIS, and | ) |
| OTHER UNNAMED PERSONS | ) |
| Defendant. | ) |

**THE DEFENDANTS' MOTION FOR EXTENSION OF TIME TO ANSWER AMENDED
COMPLAINT OR TO OTHERWISE PLEAD**

Defendants, Henry M. Paulson, Jr. and Rodney Davis, through undersigned counsel, move the Court for additional time in which to serve and file an answer or other pleading responsive to the amended complaint.  Defendant's current deadline to answer the amended complaint is July 11, 2008.  Specifically, defendants request they be permitted to serve and file its answer or other responsive pleading by no later than July 17, 2008.  The grounds for the motion are set forth in the accompanying memorandum of points and authorities, and a proposed order granting the requested relief is attached.

On July 11, 2008, pursuant to L. Civ. R. 7(m), defendants' counsel consulted with plaintiff's counsel, Kevin Byrnes, about this motion.  He does not oppose the relief sought.

/

2939891.1

Oral argument is not requested.


Dated: July 11, 2008.


Respectfully submitted,



/s/ Carmen M. Banerjee
GERALD A. ROLE, D.C. Bar No. 415274
CARMEN M. BANERJEE, D.C. Bar No. 497678
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 227
Washington, D.C. 20044
Telephone: (202) 307-6423

Counsel for defendants
HENRY M. PAULSON
RODNEY DAVIS


Of Counsel:
JEFFREY A. TAYLOR
United States Attorney

2939891.1

**IN THE UNITED STATES DISTRICT COURT FOR THE**
**DISTRICT OF COLUMBIA**

WILLIAM H. ARMSTRONG,                )
                                     )
        Plaintiff,                   )
                                     )
    v.                               )    NO. 1:07-cv-01963
                                     )
HENRY M. PAULSON, JR.                )
RODNEY DAVIS, and                    )
OTHER UNNAMED PERSONS                )
        Defendant.                   )


**MEMORANDUM OF POINTS & AUTHORITIES IN**
**SUPPORT OF THE DEFENDANTS'**
**MOTION FOR EXTENSION OF TIME TO**
**ANSWER AMENDED COMPLAINT OR OTHERWISE PLEAD**

This is an action under the Privacy Act, 5 U.S.C. § 552a.

STATEMENT & DISCUSSION

1.  Introduction and Deadlines.  On June 26, 2008, Plaintiff
filed and served its motion to amend its complaint and the
amended complaint, which the Court granted on the same day.
Answers to amended complaints are due ten days after the date of
Service pursuant to the Fed. R. of Civ. P.  Therefore, the
Defendants may be required to serve their answer or other
responsive pleading by July 11, 2008.  A pre-trial conference is
scheduled for July 18, 2008, and the trial is set for August 4,
2008.

2.  Other Relevant Facts.  Defendant is unable to respond to
the complaint by July 11, 2008 because:  (1) Defendants' counsel
is in the midst of preparing for the depositions plaintiff will
take of defendant Rodney Davis and others before the trial
scheduled for August 4, 2008; (2) defendants need additional time

to investigate the facts relevant to the allegations made in the amended complaint; (3) defendants' counsel needs time to conduct any additional investigation and meet with the defendants to discuss their defenses.  On July 11, 2008, counsel for the parties consulted via phone about this motion at which time Kevin Byrnes, counsel for plaintiff, consented to extend defendants' time to file and serve an answer or other pleading responsive to the amended complaint until July 17, 2008.

3.  Relief requested.  Pursuant to Fed. R. Civ. P. 6(b), 12(a), the defendants move the Court for an extension of time. The defendants believe that an extension of time of until July 17, 2008 would be sufficient time to file and serve an answer or other pleading responsive to the amended complaint.

4.  The Court has discretion to grant this motion.  This Court has the discretion to grant the defendants' motion to extend the time in which to file a pleading responsive to the complaint.  *See e.g., Johnson v. Secretary, Health and Human Svcs.*, 587 F. Supp. 1117 (D.D.C. 1984)(denying a motion by the federal government to extend the time within which to file a pleading responsive to the complaint).  *See also, Motzinger v. Flynt*, 119 F.R.D. 373, 375 (M.D.N.C. 1988)(where the court stated that motions for additional time within which to serve process made before the regulatory deadline has lapsed "will be more liberally granted than those made after the expiration.").  In *Johnson*, the court found that:  (1) the defendant, who had 60 days to file its answer, sought to unnecessarily delay the

2939694.2

proceedings to determine plaintiff's disability benefits, and (2) the individual plaintiff was being harmed by the delay because his very subsistence was at issue.   Thus, the Court denied defendant's motion to extend the time to answer the complaint.

The facts in the instant action are distinguishable from *Johnson*.   The relief the defendant seeks:   (1) will not unnecessarily or unreasonably delay the instant action as the extension will not delay the August 4, 2008 trial date; and (2) plaintiff would not be harmed by the extension of time of a mere five business days.   Indeed, the defendants would be harmed by not having an opportunity to file an answer to the amended complaint before the trial date.

5.   Compliance with Local Rule 7(m).   Pursuant to L. Civ. R. 7(m), on July 11, 2008, counsel for the parties consulted about this motion at which time plaintiff's counsel agreed to the extension of time.

6.   Summary. The Court should exercise its discretion to grant the requested extension of time in the interest of justice.


//


//


//


2939694.2

CONCLUSION

It is the position of the defendants that the motion for
extension of time to file an answer or other responsive pleading
ought to be granted.

Dated: July 11, 2008

Respectfully submitted,

/s/ Carmen M. Banerjee
GERALD A. ROLE, D.C. Bar No. 415274
CARMEN M. BANERJEE, D.C. Bar No. 497678
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 227
Washington, D.C. 20044
Telephone: (202) 307-6423

Counsel for defendants
HENRY M. PAULSON, JR.
RODNEY DAVIS

Of Counsel:
JEFFREY A. TAYLOR
United States Attorney

2939694.2

CERTIFICATE OF SERVICE

IT IS CERTIFIED that the foregoing MEMORANDUM OF POINTS &
AUTHORITIES IN SUPPORT OF THE DEFENDANTS' MOTION FOR EXTENSION OF
TIME TO ANSWER OR OTHERWISE RESPOND, and its accompanying MOTION
FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND, and
proposed Order, were caused to be served electronically upon
plaintiff's counsel on the 11th day of July, 2008.


/s/ Carmen M. Banerjee
CARMEN M. BANERJEE

**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| WILLIAM H. ARMSTRONG, | ) | |
| | ) | |
|      Plaintiff, | ) | |
| | ) | |
|    v. | ) | NO. 1:07-cv-01963 |
| | ) | |
| HENRY M. PAULSON, JR. | ) | |
| RODNEY DAVIS, and | ) | |
| OTHER UNNAMED PERSONS | ) | |
|      Defendant. | ) | |

**ORDER GRANTING THE DEFENDANTS' MOTION FOR  ADDITIONAL TIME IN
WHICH TO ANSWER OR OTHERWISE PLEAD**

Upon consideration of defendants' motion for additional time in which to answer or otherwise plead, the reasons therefor, and plaintiff's lack of opposition thereto, the Court has determined that the motion should be, and therefore is, GRANTED. Accordingly, it is therefore

ORDERED, ADJUDGED, and DECREED that defendants have up to and including July 17, 2008, in which to serve its answer or other pleading responsive to the amended complaint.

Dated this _____ day of July 2008.

_____
JAMES ROBERTSON
United States District Judge

**APPENDIX TO PROPOSED ORDER PURSUANT TO L. Civ. R. 7(k).**

The following attorney is entitled to be notified of the entry of
the order in the matter entitled *Armstrong v. Paulson, et al.,*
Case No. 07-01963:

Kevin E. Byrnes
Grad, Logan & Klewans, P.C.
3141 Fairview Park Drive
Suite 350
Falls Church, VA 22202
(703) 535-5393
kbyrnes@glklawyers.com