IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| WILLIAM H. ARMSTRONG, | ) | |
| | ) | No.   1:07-cv-01963-JR |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| HENRY M. PAULSON, JR., *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' PETITION TO QUASH SUBPOENAS
OF WILLIAM ROCK AND ROBERT O'MALLEY**

Plaintiff has served on defendants' counsel trial subpoenas for William Rock and Robert O'Malley.  Rock and O'Malley are special agents with the Treasury Inspector General for Tax Administration ("TIGTA").  Their subpoenas should be quashed.

Neither Rock nor O'Malley has anything to do with any of the allegations in the lawsuit.  It was only after the complaint was filed that they were detailed from their regular posts of duty -- Rock's is Boston; O'Malley's, Philadelphia -- to the TIGTA Office of Chief Counsel for purposes of gathering information for counsel to defend the lawsuit.  As such, their activities fall under the attorney work-product privilege,[1] and any knowledge they have of the events underlying the complaint would be based on hearsay.

---

[1]  At an April 28, 2008 hearing, the Court found that the reports of interview compiled by Rock and O'Malley fell within the attorney work-product privilege, but ordered their production under Fed. R. Civ. P. 26(b)(3)(A).  In so ruling, the Court also limited to five the number of depostions plaintiff could take of TIGTA employees.

Finally, plaintiff has not complied with the requirements of Fed. R. Civ. P. 45(b)(1) because he did not "tender the fees for 1 day's attendance and the mileage allowed by law" as the rule requires.  Moreover, the subpoenas should be quashed because they would require Rock and O'Malley to travel more than 100 miles.  Fed. R. Civ. P. 45(c)(3)(A)(ii).

For these reasons, defendants' petition to quash should be granted, and Special Agents Rock and O'Malley should not be required to appear to testify.

Date:  August 22, 2008.


    /s/ Gerald A. Role
GERALD A. ROLE,  D.C. Bar No. 415274
CARMEN M. BANERJEE
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 227
Washington, D.C. 20044
Telephone:    (202)307-0461
        (202) 307-6423
gerald.a.role@usdoj.gov
carmen.m.banerjee@usdoj.gov


OF COUNSEL:

JEFFREY A. TAYLOR
United States Attorney

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

WILLIAM H. ARMSTRONG,      )
                                ) No.  1:07-cv-01963-JR
                                )
          Plaintiff,       )
    v.                         )
                                )
HENRY M. PAULSON, JR., *et al.,*   )
                                )
         Defendants.     )

**ORDER GRANTING DEFENDANTS' PETITION TO QUASH
SUBPOENAS OF WILLIAM ROCK AND ROBERT O'MALLEY**

UPON CONSIDERATION of defendants' petition to quash the subpoenas of

William Rock and Robert O'Malley, the reasons therefor, and plaintiff's opposition

thereto, the Court has determined that the petition should be, and therefore is,

GRANTED.  Accordingly, it is therefore

ORDERED that the trial subpoenas for William Rock and Robert O'Malley.  be,

and are, QUASHED.

Dated this _____ day of August, 2008.


_____
JAMES ROBERTSON
United States District Judge