# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

William H. Armstrong
_____ Plaintiff

vs.                                         Civil Action No. 07-CV-01963-JR

Henry M. Paulson, Jr.
_____ Defendant

## NOTICE OF APPEAL

Notice is hereby given this **8th** day of **May**, 20**09**, that **William H. Armstrong** hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the judgement of this Court entered on the **1st** day of **May**, 20**09**, in favor of **Defendant Henry M. Paulson, Jr.** against said **Plaintiff William H. Armstrong**.

_____
Attorney or Pro Se Litigant

(Pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure a notice of appeal in a civil action must be filed within 30 days after the date of entry of judgment or 60 days if the United States or officer or agency is a party)

**CLERK**   Please mail copies of the above Notice of Appeal to the following at the addresses indicated:

Gerald A. Role, Esq.
U.S. Department of Justice
P.O. Box 227
Washington, DC 20044

**RECEIVED**
MAY 08 2009
Clerk, U.S. District and Bankruptcy Courts

[USCADC Form __ (Rev. Jan 2009)]